UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.  09CR3279-L |
| Plaintiff, | ) | |
| | ) | **ORDER ON JOINT MOTION TO CONTINUE MOTION HEARING** |
| v. | ) | |
| AMALIA CHAVEZ-OSEGUERA (1),<br>MARIA CHAVEZ-OSEGUERA (2), | ) | |
| Defendants. | ) | |

**IT IS HEREBY ORDERED**, upon joint motion of the parties and good cause appearing therefore, that the motion hearing currently scheduled for October 1, 2009, be rescheduled to**, October 26, 2009, at 2:00 p.m.**.

DATED: September 30, 2009

_____
M. James Lorenz
United States District Court Judge